UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, NC
JAN 25 2012
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

CASE NO. 3:10MJ387

| | |
|---|---|
| IN RE: SEIZURE OF ALL INCOMING ) <br> MONETARY WIRE TRANFERS, etc. ) | **ORDER EXTENDING WARRANT** |

THIS MATTER is before the Court on the government's application for a thirty-day extension of the seizure warrant issued herein on December 21, 2011. Based on the supplemental affidavit of Special Agent Brent A. Weidner, United States Secret Service, the Court finds that the reasons for issuing this anticipatory warrant still exist and that the warrant should be extended for another thirty days, until February 24, 2012.

IT IS THEREFORE ORDERED that the seizure warrant is extended for thirty days, until February 24, 2012.

This the 25th day of January, 2012.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE